IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
                Plaintiff, )
                 )
  vs. )    Case No. 11-40004-01-RDR
                 )
DAVID G. OSBORNE, )
                Defendant. )
                 )

## O R D E R

**NOW** on this 8th day of February, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the accused, David G. Osborne, for an order granting two (2) weeks' additional time, or until February 24, 2011, to file motions herein. The Court, after reviewing the motion and being fully advised in the premises finds that there exists good cause for the motion, and that the motion should therefore be sustained.

The Court finds that defense counsel intends to file a motion to suppress and needs additional time to complete his investigation and research before preparing any motions herein.

The Court further finds that the prosecutor will be out of the office the week of February 21, 2011, including February 25, 2011, when the hearing on any motions is presently scheduled, and therefore also requests that the dates be extended as requested herein.

Failure to grant the extension would result in a miscarriage of justice and deny the defendant due process.

The Court finds that the period of delay resulting from the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7) in that the ends of justice served by the granting of such motion outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED** that the accused, David G. Osborne, have two (2) weeks' additional time up to and including February 24, 2011, to file motions in the above-entitled action, and the government shall have until March 4, 2011 to file responses. The hearing on said motions is hereby rescheduled to March11, 2011 at 10:00 a.m. The period of delay resulting from such

continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

                                          s/Richard D. Rogers
                                          United States District Judge