IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
                      Plaintiff, )
                                        )
     vs. ) Case No. 11-40004-01-RDR
                                        )
DAVID G. OSBORNE, )
                      Defendant. )
_____)

## ORDER FOR CONTINUANCE

**NOW** on this 26th day of May, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order continuing the trial currently scheduled for June 6, 2011. The Court, after reviewing the motion and being fully advised in the premises, finds that there exists good cause for continuing the trial, and that the motion should therefore be sustained.

The Court further finds that the period of delay resulting from the continuance granted pursuant to this order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7) in that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED** that the trial be continued. The trial is hereby rescheduled to July 6, 2011 at 9:30 a.m., and the period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

                                              s/Richard D. Rogers
                                              United States District Judge